THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS-TOPHER PORCO, Appellant.

Submitted August 1, 2011; decided September 8, 2011

Judge GRAFFEO taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RAMOS, Appellant.

Submitted July 5, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LAMARR REID, Respondent.

Submitted July 11, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Bruce Evans Knoll, Esq., PO Box 2072, Empire State Plaza, Albany, New York 12220 assigned as counsel to the respondent on the appeal herein.